# United States District Court
# Violation Notice

CVB Location Code: KE20

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBLY00PA | Woychowski | 2407 |

FBLY00PA

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 03/26/2026 23:30 | FED 36CFR261.5C |

Place of Offense
AUXIER RIDGE TRAIL; DANIEL BOONE NATIONAL FOREST

Offense Description: Factual Basis for Charge
CAUSING TIMBER, TREES, BRUSH OR GRASS TO BURN

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| HUNTER | BENJAMIN | A |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| | ☐ | | |

☐ Adult ☐ Juvenile | Sex ☐ M ☐ F | Race | Hair | Eyes | Height | Weight

## VEHICLE

VIN:

CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| | Total Collateral Due |

PAY THIS AMOUNT

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
101 BARR ST, LEXINGTON , Kentucky 40507

Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

FBLY00PA

# STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 03/26/2026 while exercising my duties as a law enforcement officer in the Eastern District of KY

Pursuant to 16USC 551: On Thursday March 26, 2026, Law Enforcement Officer J. Woychowski (2407), of the Daniel Boone National Forest, received multiple phone calls and text messages from a fire supervisor, regarding a human caused wildfire at Auxier Ridge, Tunnel Ridge Rd. in Powell County, Kentucky. LEO Woychowski was informed, the fire was caused by a camper, Benjamin HUNTER (09/09/1980; IN DL 0870158568), on Wednesday March 25, 2026, at approximately 2345 who was camping with his son. LEO Woychowski conducted a phone interview with HUNTER who explained he had gone to the bathroom approximately 10-15 feet from his camp and then burned his toilet paper, The burning toilet paper caused the dry leaves on the ground to catch fire. HUNTER said he attempted to create a fire line in an effort to contain the fire, however, was unsuccessful and the fire took off. The fire quickly spread down slope from his location. HUNTER called 911 and stayed on scene. HUNTER and his son hiked from the fire location back to the parking area, where he met with Forest Service firefighters. HUNTER led the responding firefighters back into the fire area. LEO Woychowski conducted an origin and cause report fire investigation and concluded Benjamin HUNTER's actions did cause a wild land fire. LEO Woychowski issued a Federal Violation Notice for 36 CFR 261.5C- Causing a wildland fire.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/26/2026 [signature]

Date (mm/dd/yyyy) Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident